UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61471-BLOOM

CHESTER ELYSEE,

    Petitioner,
v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court on Petitioner Chester Elysee's Motion for Appointment of Process Server, ECF No. [4], in which Petitioner asks the Court to appoint Stephen Roy of Maverick Tri-County Investigators, LLC to serve process in this action. Federal Rule of Civil Procedure 4 provides that "[a]ny person who is at least 18 years old and not a party may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2). In this instance, Petitioner's Motion states that Mr. Roy is not less than 18 years of age and is not a party to this action, qualifying him to serve process in this action. *See* ECF No. [4]. For that reason, an order appointing Mr. Roy as a process server in the case is unnecessary. Accordingly, it is

**ORDERED AND ADJUDGED** that Petitioner Chester Elysee's Motion for Appointment of Process Server, **ECF No. [4]**, is **DENIED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of July, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 18-cv-61471-BLOOM

Copies to:

Counsel of Record